EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. TRUSTEE | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 99-747 GMS |
| | ) | |
| AD HOC COMMITTEE OF EQUITY HOLDERS | ) | |
| | ) | |
| Appellee | ) | |

### ORDER

WHEREAS, on November 4, 1999, a notice of appeal was filed in the above-captioned bankruptcy case;

WHEREAS, on February 11, 2002, a Memorandum Opinion and Order were issued by the court;

WHEREAS, the case was appealed and then reopened on July 15, 2003;

WHEREAS, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The appellant is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the appellant fails to show cause, in writing, within thirty (30) days, this case will be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

Dated: September 16, 2004

FILED
SEP 16 2004
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE