UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| ZENITH ELECTRONICS CORPORATION, | | 99-2911 (MFW) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
|   United States Trustee for Region 3, | | |
| | : | |
|   Appellant | | |
| | : | |
|     v. | | C.A. Number 99-747 (GMS) |
| | : | |
| THE OFFICIAL COMMITTEE | | |
|   OF EQUITY SECURITY HOLDERS | : | |
| | | |
|   Appellee. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
|   United States Trustee for Region 3, | | |
| | : | |
|   Appellant | | |
| | : | |
|     v. | | C.A. Number 00-399 (GMS) |
| | : | |
| THE UNOFFICIAL COMMITTEE | | |
| OF EQUITY SECURITY HOLDERS, *et al.,* | : | |
| | | |
|   Appellees. | : | |

**ORDER REOPENING CASE NUMBER 99-747 FOR THE LIMITED PURPOSE OF
VACATING THIS COURT'S JUNE 29, 2000 ORDER DIRECTING JOINT
<u>ADMINISTRATION OF THE CASE WITH CASE NUMBER 00-399</u>**

Upon consideration of the motion of the United States Trustee to reopen case number 99-747

1

for the limited purpose of vacating this Court's June 29, 2000 order directing joint administration of the case with case number 00-399 (the "Motion"), after proper notice of the Motion was given, this Court having considered the response(s) (if any) to the Motion, it is ORDERED that the Motion is GRANTED. Case Number 99-747 is re-opened. This Court's June 29, 2000 order directing joint administration of case number 99-747 with case number 00-399 is VACATED.

Upon entry of this Order on the docket of case number 99-747, the Clerk shall re-close the case.

The Clerk is directed to file a copy of this Order on the dockets of case number 99-747 and case number 00-399.

**BY THE COURT:**

_____
**The Honorable Gregory M. Sleet**
**United States District Judge**

**Date:** _____**, 2005**

cc:   Joseph J. McMahon, Jr., Esquire
      James H.M. Sprayregen, P.C.
      Laura Davis Jones, Esquire
      John R. Weiss, Esquire
      J. Kate Stickles, Esquire
      Kathryn Oberly, Esquire