UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| ZENITH ELECTRONICS CORPORATION, | | 99-2911 (MFW) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 99-747 (GMS) |
| | : | |
| THE OFFICIAL COMMITTEE | | |
| OF EQUITY SECURITY HOLDERS | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 00-399 (GMS) |
| | : | |
| THE UNOFFICIAL COMMITTEE | | |
| OF EQUITY SECURITY HOLDERS, *et al.,* | : | |
| Appellees. | : | |

## STATEMENT PURSUANT TO RULE 7.1.1

I certify that I made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion by contacting the opposing attorneys by telephone on July 19, 2005. I contacted the two law firms that have appeared in this appeal, namely, Saul Ewing, LLP,

through J. Kate Stickles, Esquire, and KMZ Rosenman through John R. Weiss, Esquire.  Neither party has responded.

    /s/ Margaret L. Harrison, Esquire
Margaret L. Harrison, Esquire
Trial Attorney

Date: July 20, 2005