UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| ZENITH ELECTRONICS CORPORATION, | | 99-2911 (MFW) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 99-747 (GMS) |
| | : | |
| THE OFFICIAL COMMITTEE | | |
| OF EQUITY SECURITY HOLDERS | : | |
| | | |
| Appellee. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 00-399 (GMS) |
| | : | |
| THE UNOFFICIAL COMMITTEE | | |
| OF EQUITY SECURITY HOLDERS, *et al.,* | : | |
| | | |
| Appellees. | : | |

**CERTIFICATE OF SERVICE**

    I certify that, on July 20, 2005, I caused to be served to the following persons copies of the United States Trustee's Motion to Reopen Case Number 99-747 for the Limited Purpose of Vacating this Court's June 29, 2000 Order Directing Joint Administration of the Case with Case Number 00-399:

James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
Aon Center
200 East Randolph Drive
Chicago, IL  60601-6636
Fax (312) 861-2200

Laura Davis Jones, Esquire
PACHULSKI, STANG, ZIEHL,
 YOUNG, JONES & WEINTRAUB, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE  19899-8705
Fax (302) 652-4400

John R. Weiss, Esquire
KMZ ROSENMAN
525 West Monroe Street, Suite 1600
Chicago, IL  60601-3693
Fax (312) 577-4733

J. Kate Stickles, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Fax (302) 421-6813

Kathryn Oberly, Esquire
ERNST & YOUNG LLP
5 Times Square
New York, NY  10036-6530
Fax (212) 773-6530

    /s/Margaret L. Harrison
Margaret L. Harrison
Trial Attorney