# EXHIBIT B



RECEIVE
NOV 05 2004

**U.S. Department of Justice**

Office of the United States Trustee

*District of Delaware*

---

J. Caleb Boggs Federal Building    (302) 573-6491
844 King Street, Suite 2207, Lockbox 35  fax (302) 573-6497
Wilmington, DE  19801

November 4, 2004

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  19801

    RE:   *In re* **Zenith Electronics Corporation**
           **Civil Action Numbers 99-747 and 00-399 (GMS)**
           <u>**(Consolidated Under 99-747)**</u>

Dear Judge Sleet:

    Roberta A. DeAngelis, Acting United States Trustee for Region 3 ("UST"), is the appellant in both of the above-referenced appeals. By order dated September 16, 2004, Your Honor issued a rule to show cause why case number 99-747 should not be dismissed for failure to prosecute. A copy of the order is enclosed.

    The September 16, 2004 order correctly notes that the UST appealed from this Court's Memorandum Opinion and Order in <u>both</u> of the above-referenced cases. However, the UST subsequently elected not to pursue her appeal from that portion of the Court's Memorandum Opinion and Order relating to case number 99-747 (specifically, whether the bankruptcy court erred in granting the Ad Hoc Committee of Equity Security Holders' ("AHC") motion for appointment of an official committee of equity security holders). *See U.S. Trustee v. Official Committee of Equity Security Holders (In re Zenith Elecs. Corp.)*, 329 F.3d 338 (3d Cir. 2003). However, case number 00-399, which addresses the propriety of compensation awards to AHC professionals under 11 U.S.C. § 503(b), remains pending on remand. In case number 00-399, the UST filed her initial brief on May 1, 2000 (Docket Entry # 10). As of today, the AHC and its professionals have not submitted briefs.

The Honorable Gregory M. Sleet
November 4, 2004
**Page 2 of 2**

Previously, this Court granted the UST's motion to consolidate case numbers 99-747 and 00-399 for procedural purposes. We are writing to confirm our understanding that the order to show cause applies only to case number 99-747 and does not apply to its procedural counterpart, case number 00-399. In light of the fact that case number 99-747 is being dismissed, the UST intends to seek entry of an order decoupling case number 99-747 from 00-399 in the near future.

Simultaneously with the submission of this letter to Your Honor, we are filing a copy of this letter in both cases.

Respectfully,

*Joseph J. McMahon, Jr.*

Joseph J. McMahon, Jr.
Trial Attorney

JJM/jjm
Encl.

cc (w/encl.):  Frank J. Perch, III, Assistant United States Trustee
Harley J. Goldstein, Esquire
J. Kate Stickles, Esquire
Kathryn Oberly, Esquire