## CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on August 1, 2005, I caused a copy of the foregoing Objection of Katten Muchin Rosenman LLP and Saul Ewing LLP to the Motion of the United States Trustee to Reopen Case Number 99-747 for the Limited Purpose of Vacating this Court's June 29, 2000 Order Directing Joint Administration of the Case with Case No. 00-399 to be served on the following via First Class Mail and Facsimile.

James H.M. Sprayregen, Esquire
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601-6636
Fax: 312-861-2200

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
Fax: 302-652-4400

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Fax: 302-573-6497

John P. Sieger, Esquire
Matthew A. Olins, Esquire
525 West Monroe Street, Suite 1600
Chicago, IL 60601-3693
Fax: 312-577-4733

John Weiss, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Fax: 212 751-4864

Kathryn Oberly, Esquire
Ernst & Young LLP
5 Times Square
New York, NY 10036-6530
Fax: 212-773-6530

SAUL EWING LLP

By: _____
Norman L. Pernick (ID 2917)
J. Kate Stickles (ID 2917)
222 Delaware Avenue
Suite 1200
Wilmington, Delaware
Telephone: (302) 421-6873