

**U.S. Department of Justice**

Office of the United States Trustee

*District of Delaware*

---

*J. Caleb Boggs Federal Building*         *(302) 573-6491*
*844 King Street, Suite 2207, Lockbox 35   fax (302) 573-6497*
*Wilmington, DE  19801*

August 16, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

      RE:   *In re* **Zenith Electronics Corp.**
                **Case Nos. 99-cv-747, 00-cv-399**

Dear Judge Sleet:

     With regard to the United States Trustee's recently-filed motion to reopen case number 99-747 for the limited purpose of vacating the Court's prior order procedurally consolidating the case with case number 00-399, we are writing to inform Your Honor that the United States Trustee and the relevant parties in interest have an agreement in principle that will resolve their dispute regarding case numbers 99-747 and 00-399 and intend to file a stipulation for the Court's consideration. The parties respectfully request that the Court refrain from ruling on the motion to reopen pending submission of that stipulation.

                                      Respectfully,

                                        /s/ Joseph J. McMahon, Jr.

                                        Joseph J. McMahon, Jr.
                                        Trial Attorney

JJM/jjm

cc:    Frederic J. Baker, Senior Assistant United States Trustee
        All counsel listed on Certificate of Service list appended to motion