# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| ZENITH ELECTRONICS CORPORATION, | : | 99-2911 (MFW) |
|   Debtor. | : | |
| | : | |
| KELLY BEAUDIN STAPLETON, | : | |
|   United States Trustee for Region 3, | | |
|     Appellant | | |
| | : | |
| v. | | C.A. Number 99-747 (GMS) |
| | : | |
| THE OFFICIAL COMMITTEE | | |
|   OF EQUITY SECURITY HOLDERS | : | |
|     Appellee. | : | |
| | | |
| KELLY BEAUDIN STAPLETON, | : | |
|   United States Trustee for Region 3, | | |
|     Appellant | | |
| | : | |
| v. | | C.A. Number 00-399 (GMS) |
| | : | |
| THE UNOFFICIAL COMMITTEE | | |
|   OF EQUITY SECURITY HOLDERS, *et al.*, | : | |
|     Appellees. | : | |

**STIPULATION AND ORDER REGARDING CIVIL ACTION NOS. 99-747 AND 00-399**

This Stipulation and Order (the "Agreement") is entered into on this 23 day of January, 2006, by and between Kelly Beaudin Stapleton, United States Trustee for Region 3 (the "UST"), and Katten Muchin Rosenman LLP, f/k/a Katten Muchin Zavis ("Katten Muchin"), Saul Ewing LLP, f/k/a Saul Ewing Remick & Saul ("Saul Ewing") and Ernst & Young LLP ("E&Y," and together with Saul Ewing and Katten Muchin, the "Professionals").

WHEREAS, currently pending before this Court is the UST's motion to reopen Case No.

1

99-747 for the limited purpose of vacating this Court's June 29, 2000 Order Directing Joint Administration of Case No. 99-747 with Case No. 00-399 (the "Motion to Reopen");

WHEREAS, Katten Muchin and Saul Ewing filed a timely objection to the Motion to Reopen;

WHEREAS, the parties hereto have reached an agreement to resolve all disputes relating to Case Nos. 99-747 and 00-399, including the Motion to Reopen (the "Agreement");

NOW, THEREFORE, the parties hereto agree as follows:

1. The Professionals and the UST consent to the reopening of both Case Nos. 99-747 and 00-399 (together, the "Appeals") for the limited purpose of obtaining Court approval of this Stipulation;

2. By a date no later than fifteen days after the date on which this Stipulation becomes final and non-appealable, the Professionals shall issue payment of the following respective sums to Zenith Electronics Corporation (the "Reorganized Debtor"), at an address to be provided by the UST at the time of the execution of the Agreement, and provide written notice of the issuance of payment to the UST (c/o Joseph J. McMahon, Jr., at the address set forth below):

| | |
|---|---|
| Katten Muchin: | $7,352.95 |
| Saul Ewing: | $2,941.18 |
| E&Y: | $14,705.87 |

3. The payment provision of this Agreement is intended to be severable. If any Professional fails to provide written notice of payment to the UST, such failure shall not affect the validity of this Agreement as it relates to the other Professionals that did provide notice of

payment to the UST. Upon receipt of all of the written notices identified in this Paragraph, the UST shall file a notice withdrawing the Motion to Reopen, and the Appeals shall immediately be dismissed, with prejudice and without costs to any party, and such Appeals shall be closed. The UST agrees to file any documentation necessary to dismiss the Appeals within ten (10) days of the date on which the UST has received notice of payment from all of the Professionals.

4. The parties acknowledge that the payments set forth above are in compromise of ongoing litigation, and are neither intended nor to be construed as an admission of any liability whatsoever by the Professionals.

5. Upon the satisfaction of the conditions set forth in Paragraph 2, the UST shall be prohibited from challenging the appointment of the Professionals and/or their fees or otherwise re-opening Cases No. 99-747 and 00-399. This Paragraph shall neither impair nor affect the UST's rights to enforce the terms of this Stipulation and Order.

[Signature lines on next page - space intentionally left blank]

| | |
|---|---|
| **KATTEN MUCHIN ROSENMAN LLP** | **SAUL EWING LLP** |
| By: _____<br>John P. Sieger<br>Matthew A. Olins<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Fax: 312-902-1061 | By: _____<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Fax: (302) 421-6813 |
| **KELLY BEAUDIN STAPLETON**<br>**UNITED STATES TRUSTEE** | **LATHAM & WATKINS LLP** |
| By: _____<br>Joseph J. McMahon, Jr., Esquire<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Fax: 302-573-6497 | By: _/s/ John W. Weiss_____<br>John W. Weiss, Esquire (No. 4160)<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>Fax: 212 751-4864<br><br>Counsel for Ernst & Young LLP |

**SO ORDERED AND APPROVED**, this __ day of _____, 200____.

_____
**The Honorable Gregory M. Sleet**
**United States District Judge**

4

| KATTEN MUCHIN ROSENMAN LLP | SAUL EWING LLP |
|---|---|
| By: /s/ Matt Ali | By: _____ |
| John P. Sieger | Norman L. Pernick (No. 2290) |
| Matthew A. Olins | J. Kate Stickles (No. 2917) |
| 525 West Monroe Street | 222 Delaware Avenue, Suite 1200 |
| Chicago, IL 60661-3693 | P.O. Box 1266 |
| Fax: 312-902-1061 | Wilmington, DE 19899-1266 |
|  | Fax: (302) 421-6813 |
| **KELLY BEAUDIN STAPLETON** | **LATHAM & WATKINS LLP** |
| **UNITED STATES TRUSTEE** |  |
| By: _____ | By: _____ |
| Joseph J. McMahon, Jr., Esquire | John W. Weiss, Esquire (No. 4160) |
| United States Department of Justice | Latham & Watkins LLP |
| Office of the United States Trustee | 885 Third Avenue, Suite 1000 |
| J. Caleb Boggs Federal Building | New York, NY 10022-4834 |
| 844 King Street, Suite 2207, Lockbox 35 | Fax: 212 751-4864 |
| Wilmington, DE 19801 |  |
| Fax: 302-573-6497 | Counsel for Ernst & Young LLP |

**SO ORDERED AND APPROVED**, this ___ day of _____, 200____.

_____
The Honorable Gregory M. Sleet
United States District Judge

4

| | |
|---|---|
| **KATTEN MUCHIN ROSENMAN LLP** | **SAUL EWING LLP** |
| By: _____<br>John P. Sieger<br>Matthew A. Olins<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Fax: 312-902-1061 | By: _/s/_____<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Fax: (302) 421-6813 |
| **KELLY BEAUDIN STAPLETON**<br>**UNITED STATES TRUSTEE**<br>By: _/s/_____<br>Joseph J. McMahon, Jr., Esquire<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Fax: 302-573-6497 | **LATHAM & WATKINS LLP**<br>By: _____<br>John W. Weiss, Esquire (No. 4160)<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>Fax: 212 751-4864<br><br>Counsel for Ernst & Young LLP |

      **SO ORDERED AND APPROVED**, this __ day of _____, 200_

                                                _____
                                                **The Honorable Gregory M. Sleet**
                                                **United States District Judge**