UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| ZENITH ELECTRONICS CORPORATION, | | 99-2911 (MFW) |
| | : | |
| Debtor. | : | |

---

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, <br>   United States Trustee for Region 3, | : | |
| | : | |
|     Appellant | | |
| | : | |
|     v. | | C.A. Number 99-747 (GMS) |
| | : | |
| THE OFFICIAL COMMITTEE <br>   OF EQUITY SECURITY HOLDERS | : | |
| | | |
|     Appellee. | : | |

---

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, <br>   United States Trustee for Region 3, | : | |
| | : | |
|     Appellant | | |
| | : | |
|     v. | | C.A. Number 00-399 (GMS) |
| | : | |
| THE UNOFFICIAL COMMITTEE <br> OF EQUITY SECURITY HOLDERS, *et al.,* | : | |
| | | |
|     Appellees. | : | |

---

## CERTIFICATE OF SERVICE

    I certify that, on January 24, 2006, I caused to be served to the following persons copies of the United States Trustee's Motion for Approval of Stipulation Resolving Appeals via first class United States mail, postage prepaid:

James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
Aon Center
200 East Randolph Drive
Chicago, IL  60601-6636
Fax (312) 861-2200

Laura Davis Jones, Esquire
PACHULSKI, STANG, ZIEHL,
 YOUNG, JONES & WEINTRAUB, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE  19899-8705
Fax (302) 652-4400

Matthew A. Olins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60601-3693
Fax (312) 902-1061

J. Kate Stickles, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Fax (302) 421-6813

Steven R. Tetro II, Esquire
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
Fax (312) 993-9767

John W. Weiss, Esquire
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
Fax (212) 751-4864

Kathryn Oberly, Esquire
ERNST & YOUNG LLP
5 Times Square
New York, NY  10036-6530
Fax (212) 773-6530


        /s/ Joseph J. McMahon, Jr.
          Joseph J. McMahon, Jr.
              Trial Attorney