

**U.S. Department of Justice**

Office of the United States Trustee

*District of Delaware*

---

*J. Caleb Boggs Federal Building*     *(302) 573-6491*
*844 King Street, Suite 2207, Lockbox 35  fax (302) 573-6497*
*Wilmington, DE  19801*

March 3, 2006

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

      **RE:**   **In re Zenith Electronics Corp.
              Case Nos. 99-cv-747, 00-cv-399**

Dear Judge Sleet:

      Enclosed is a courtesy copy of the United States Trustee's ("UST") Notice of Withdrawal of Motion to Reopen Case No. 99-747 and Request for Dismissal of Appeals Pursuant to Stipulation and Order Dated January 26, 2006, which was filed today.

      Your Honor previously approved the Stipulation and Order dated January 26, 2006. Paragraphs 2 and 3 of the Stipulation and Order required certain professionals to (a) make payments to Zenith Electronics Corporation and (b) provide notice of such payments to the UST.  As the notice indicates, we have received all of the required payment notices.  Accordingly, the UST respectfully requests that this Court dismiss the appeals by entering the form of order attached as Exhibit B to the Notice.

                                            Respectfully,

                                            /s/ Joseph J. McMahon, Jr.

                                            Joseph J. McMahon, Jr.
                                            Trial Attorney

JJM/jjm
Encl.

cc:    Andrew R. Vara, Assistant United States Trustee
        All counsel listed on Certificate of Service appended to notice