**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| ZENITH ELECTRONICS CORPORATION, | | 99-2911 (MFW) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 99-747 (GMS) |
| | : | |
| THE OFFICIAL COMMITTEE | | |
| OF EQUITY SECURITY HOLDERS | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 00-399 (GMS) |
| | : | |
| THE UNOFFICIAL COMMITTEE | | |
| OF EQUITY SECURITY HOLDERS, *et al.,* | : | |
| Appellees. | : | |

**Related to Docket Entry # 34**

## ORDER DISMISSING APPEALS

Pursuant to paragraphs 2 and 3 of the Stipulation and Order Regarding Civil Action Nos. 99-747 and 00-399 previously approved by this Court (Docket Entry # 34), given that the United States

1

Trustee has certified that her office has received the payment notices referenced in paragraphs 2 and 3 of the Stipulation and Order, it is ORDERED that the above-referenced appeals are DISMISSED, with prejudice and without costs to any party.

    The Clerk is directed to (a) enter this order on the dockets for case nos. 99-747 and 00-399 and (b) close the cases.

**BY THE COURT:**

_____
**The Honorable Gregory M. Sleet**
**United States District Judge**

**Date: March _____, 2006**