UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*In re*

ZENITH ELECTRONICS CORPORATION,    Bankruptcy Case Number
                                   99-2911 (MFW)

Debtor.

_____

KELLY BEAUDIN STAPLETON,
  United States Trustee for Region 3,

    Appellant

        v.                          C.A. Number 99-747 (GMS)

THE OFFICIAL COMMITTEE
  OF EQUITY SECURITY HOLDERS

    Appellee.

_____

KELLY BEAUDIN STAPLETON,
  United States Trustee for Region 3,

    Appellant

        v.                          C.A. Number 00-399 (GMS)

THE UNOFFICIAL COMMITTEE
OF EQUITY SECURITY HOLDERS, *et al.*,   :

    Appellees.

**Related to Docket Entry # 34**

## ORDER DISMISSING APPEALS

Pursuant to paragraphs 2 and 3 of the Stipulation and Order Regarding Civil Action Nos. 99-747 and 00-399 previously approved by this Court (Docket Entry # 34), given that the United States

1

Trustee has certified that her office has received the payment notices referenced in paragraphs 2 and 3 of the Stipulation and Order, it is ORDERED that the above-referenced appeals are DISMISSED, with prejudice and without costs to any party.

The Clerk is directed to (a) enter this order on the dockets for case nos. 99-747 and 00-399 and (b) close the cases.

BY THE COURT:

The Honorable Gregory M. Sleet
United States District Judge

Date: ~~March~~ 23, 2006
June